544

157 A.3d 485

COMMONWEALTH of Pennsylvania, Respondent

v.

Eric DOWLING, Petitioner

No. 652 MAL 2015

Supreme Court of Pennsylvania.

September 14, 2016

## ORDER

PER CURIAM

AND NOW, this 14th day of September, 2016, the Petition for Allowance of Appeal is **DENIED.**

157 A.3d 485

Mark S. HALPERN, Esquire. Halpern & Levy, P.C., Petitioners

v.

John F. BROWN, Jr., Esquire, and Lynne Boghossian, Respondents

No. 145 EM 2016

Supreme Court of Pennsylvania.

September 15, 2016

## ORDER

PER CURIAM

AND NOW, this 15th day of September, 2016, Petitioners' Emergency Petition for Grant of Extraordinary Jurisdiction is **DENIED.**